EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2025 TSPR 118 |
| | 216 DPR ___ |
| Lillian A. Ramos Bahamundi | |

Número del Caso: TS-9,635


Fecha: 17 de noviembre de 2025


Representante legal de la peticionaria:

Lcda. Daisy Calcaño López


Materia: Reinstalación al ejercicio de la abogacía.



Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:* | | |
| Lillian A. Ramos Bahamundi | TS-9,635 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 17 de noviembre de 2025.

Atendida la *Petición de Reinstalación al Ejercicio de la Abogacía*, se reinstala a la Sra. Lillian A. Ramos Bahamundi únicamente al ejercicio de la abogacía, no así a la práctica de la notaría.

Se le advierte a la señora Ramos Bahamundi que de surgir otro asunto disciplinario en el cual se determine que infringió los Cánones de Ética Profesional, podrá ser suspendida indefinidamente.

**Notifíquese inmediatamente.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo